75

SCOTT J. SAGARIA (BAR # 217981)
KYLE W. SCHUMACHER (BAR # 282427)
KSchumacher@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No.: 15-26125-A-7 |
| | DC No.: KWS-002 |
| **Eduardo Velis Jr.,** | |
| | Chapter 7 |
| Debtor. | |
| | **EXHIBITS IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER TO SHOW CAUSE FOR VIOLATION OF THE DISCHARGE ORDER PURSUANT TO 11 U.S.C. §524(a)** |
| | Date:       July 16, 2018 |
| | Time:       10:00 a.m. |
| | Judge:      Michael S. McManus |
| | Crtrm:      28 |
| | Dept.:       A |
| | Location:  501 I Street |
| | Sacramento, CA. 95814 |

Debtor Eduardo Velis, Jr. hereby submits the following exhibits in support of his motion for an order to show cause for violation of the discharge injunction:

A.  Exhibit A – Shellpoint Settlement Offer Letter 1-27-16

B.  Exhibit B – Shellpoint Letter re Errors on Billing Statement 4-20-16

C.  Exhibit C – Shellpoint Letter re Line of Credit 7-1-16

D.  Exhibit D – Shellpoint Privacy Statement 10-28-16

E.  Exhibit E – Trustee's Deed Upon Sale

F.   Exhibit F – Shellpoint Fee Schedule Notice 5-15-17

G.   Exhibit G – Shellpoint Correspondence 8-1-17

H.   Exhibit H – Letter to Shellpoint from Debtor's Counsel 8-18-17

I.   Exhibit I – Shellpoint Workout Letter 10-27-18

J.   Exhibit J – Shellpoint Privacy Statement 10-30-17

K.   Exhibit K – Shellpoint Settlement Offer Letter 3-13-18

L.   Exhibit L – Shellpoint Monthly Billing Statement 4-22-18

M.   Exhibit M – Shellpoint Assistance Program Letter 4-25-18

N.   Exhibit N – Shellpoint Fee Schedule Notice 5-16-18

O.   Exhibit O – Fee ledger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

Filed 05/29/18    Case 15-26125    Doc 39



P.O. BOX 1410
TROY, MI 48099-1410
RETURN SERVICE REQUESTED

§ **Shellpoint**

Mon – Thurs: 8:00AM-10:00PM
Fri: 8:00AM-10:00PM
Sat: 8:00AM-3:00PM

Mortgage Servicing

Phone Number: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com

S-SFRECS20 L-0048 R-101
P5AQE900407485 - 673557555 I14970
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

| Loan Number: | 919 |
|---|---|
| Principal Balance: | $11,047.42 |
| Property: | 8308 VILLA VIEW DR CITRUS HGTS, CA 95621 |

01/27/2016

Dear EDUARDO VELIS:

After reviewing your account, we have determined that you are eligible for our debt forgiveness program. For only a limited time, Shellpoint Mortgage Servicing ("Shellpoint"), the servicer of your PYOD LLC loan, is willing to forgive a significant portion of the remaining balance on your account.

In order to provide you with this exciting opportunity, Shellpoint has agreed to extend the following option;

> **If you pay 1 single payment of $4,418.97 by 04/15/2016, your creditor will consider the entire debt settled and you will be released from any further obligation. Such amount paid must be successfully cleared (not returned due to insufficient funds or otherwise returned) for the debt to be considered settled.**

If you are interested in this option, but cannot make by the stipulated deadline, please call us to help you find an alternative solution. The offer above is guaranteed through the above referenced date. After that time, we reserve the right to modify or revoke the offer. This offer is void if previous settlement arrangements have been made.

You MUST call us at 800-365-7107 by 04/15/2016, § PM EST, to either take advantage of this opportunity or to see how we can reserve this offer for you.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

If this debt is past the state statute of limitations PYOD LLC will not pursue any legal action.

Sincerely,

Shellpoint Mortgage Servicing
800-365-7107

Exhibit A

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

California Residents: As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource and the United States Armed Forces Legal Assistance or other similar agencies.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una eliminación de esta deuda por bancarrota: tenga en cuenta que esta notificación tiene como fin informarle sobre el estado de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud del Artículo 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

"Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación."

"El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov"

**Atención uniformados y dependientes:** la Ley federal de Ayuda Civil para Uniformados y algunas leyes estatales brindan importantes protecciones para usted, que incluyen protecciones para las tasas de interés y la prohibición de las ejecuciones hipotecarias en la mayoría de las circunstancias durante y doce meses después del servicio militar u otro tipo de servicio. Hay consejería para los uniformados disponible de Military OneSource y de United States Armed Forces Legal Assistance (Asistencia jurídica para las Fuerzas Armadas de los Estados Unidos) u otros organismos similares.

Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT B</u>**




**Shellpoint**
Mortgage Servicing

P.O. Box 10826
Greenville, SC  29603-0826

Monday - Friday:  8am - 10pm  EST
Saturday:  8am - 3pm  EST

Phone Number:  (800) 365-7107
Fax Number:  (866) 467-1137
E-mail:  www.shellpointmtg.com/contact-us

*Submitted to Note*

4/20/16



EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS, CA 95621

*RECEIVED*
*4-25-2016*

Loan Number:          919

### In Case of Errors or Questions about Your Bill

Dear Borrower:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 10826 Greenville, SC  29603-0826 as soon as possible. You may also contact us on the Web: www.shellpointmtg.com/contact-us. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Sincerely,
Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service.  Counseling for covered servicemembers is available from Military OneSource and the United States Armed Forces Legal Assistance or other similar agencies.

The following is a Spanish translation of the information previously provided:

**Lea por favor los siguientes avisos importantes que puedan afectar sus derechos.**

# Exhibit B

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una eliminación de esta deuda por bancarrota: tenga en cuenta que esta notificación tiene como fin informarle sobre el estado de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud del Artículo 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención uniformados y dependientes:** la Ley Federal de Ayuda Civil para Uniformados y algunas leyes estatales brindan importantes protecciones para usted, que incluyen protecciones para las tasas de interés y la prohibición de las ejecuciones hipotecarias en la mayoría de las circunstancias durante y doce meses después del servicio militar u otro tipo de servicio. Hay consejería para los uniformados disponible de Military OneSource y de United States Armed Forces Legal Assistance (Asistencia jurídica para las Fuerzas Armadas de los Estados Unidos) u otros organismos similares.

Exhibit B



UNITED STATES POSTAGE

PITNEY BOWES

02 1R
0006553538
$ 00.48⁵
APR 21 2016
MAILED FROM ZIP CODE 77502



RECEIVED
4-25-2016





9562187573 B003

Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT C</u>**





55 Beattie Place, Suite 110      Toll Free Phone 1-800-365-7107
Greenville, SC 29601           Toll Free Fax 1-866-467-1137

*Hours of Operation*
Monday-Friday 8:00AM-10:00PM
Saturday 8:00AM-3:00PM

July 1, 2016

Eduardo Velis
PO Box 7673
Citrus Heights, CA 95621

RE:     Reference Number:       )19

Dear Valued Customer:

This letter is to provide you with important information regarding the above referenced loan serviced by Shellpoint Mortgage Servicing ("Shellpoint").

As of the date of this letter, the draw line has been closed and you will no longer be able to make draws on the account.

If you have any additional questions or concerns, please contact our Customer Service department at 800-365-7107.

Sincerely,

Customer Service
Shellpoint Mortgage Servicing

---

This communication is sent to you by Shellpoint Mortgage Servicing, a professional debt collector.

---

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

Exhibit C

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una eliminación de esta deuda por bancarrota: tenga en cuenta que esta notificación tiene como fin informarle sobre el estado de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ningno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud del Artículo 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

Exhibit C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT D</u>**

P.O. BOX 1410
TROY, MI 48099-1410
RETURN SERVICE REQUESTED







10/28/2016

S-SFRECS20  L-SHERPR  R-101
P68RZ600210445 - 501673820 I20890
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

**Current Creditor:** PYOD LLC



11-7-16

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

Exhibit D

P I000001  A-0079129919 038730102J0400



## PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P. | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Sherman Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.

Exhibit D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT E</u>**

Sacramento County Recorder
Donna Allred, Clerk/Recorder
BOOK **20170111** PAGE **0431**
Check Number  1262
**Wednesday, JAN 11, 2017 10:21:04 AM**
Ttl Pd    $18.00    Rcpt # 0009398221
**005-Citrus Height DTT PAID**
                                    TMH/74/1-2

RECORDING REQUESTED BY :

WHEN RECORDED MAIL TO :
SILVER BULLET, LP
4135 Poinciana Ave
Miami FL. 33133
FORWARD TAX STATEMENTS TO:
SILVER BULLET, LP
4135 Poinciana Ave
Miami FL. 33133

NDSC File No.   :      15-20880-SP-CA
Title Order No.  :      150172084-CA-VOI

APN: **209-0360-016-0000**

## TRUSTEE'S DEED UPON SALE

Transfer Tax : $ 214.50
The Grantee herein **WAS** not the Beneficiary
The amount of the unpaid debt was **$287,765.78**
The amount paid by the Grantee was **$194,900.00.**
The property is in the city of **Citrus Heights**, County of **Sacramento**, State of **CA**.

**National Default Servicing Corporation, an Arizona Corporation**, as the duly appointed Trustee (or successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without any covenant or warranty to :

Silver Bullet, LP

herein called Grantee, the following described real property situated in **Sacramento** County :

**LOT 13, AS SHOWN ON THE "PLAT OF GRAND OAKS TERRACE", RECORDED IN BOOK 94 OF MAPS NO.10 RECORDS OF SACRAMENTO COUNTY.**

This conveyance is made pursuant to the powers conferred upon Trustee by said Deed of Trust executed by **Eduardo Velis Jr., unmarried man** , as Trustor, recorded on **03/29/2006** as Instrument No. **20060329-0288** (or Book, Page)  of the Official Records of **Sacramento** County, **CA**.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Exhibit E

NDSC File Number: 15-20880-SP-CA
Trustee's Deed Upon Sale
Page 2

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **12/27/16** Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, which amount was **$194,900.00.**

Dated: 01/03/17                        National Default Servicing Corporation, an Arizona
Corporation

By: _Carmen Navejas_ 01|03|17
        **Carmen Navejas, Trustee Sales Officer**

State of _____ARIZONA
County of MARICOPA

On __1-3-2017__ before me, the undersigned, a Notary Public for said State, personally appeared **Carmen Navejas** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Judy Quick_

> JUDY QUICK
> NOTARY PUBLIC – ARIZONA
> MARICOPA COUNTY
> My Commission Expires
> April 20, 2017

Exhibit E

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT F</u>**

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED





# Shellpoint
### Mortgage Servicing

**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com
**Mon - Thurs:** 8:00AM-10:00PM
**Fri:** 8:00AM-10:00PM
**Sat:** 8:00AM-3:00PM

S-SFRECS20 L-Fee-NC R-101
P6YFGD00204355 - 517290737 I13064
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

| Loan Number: | 919 |
|---|---|
| Current Creditor: | PYOD LLC |
| Principal Balance: | $11,772.72 |
| Property: | 8308 VILLA VIEW DR |
| | CITRUS HGTS, CA 95621 |

05/15/2017

## Fee Schedule Notice

Dear Borrower,

Please see the enclosed Fee Schedule, which lists the fees and charges that may be assessed on your loan.

Should you have any questions or concerns please feel free to contact us at 800-365-7107.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is for informational purposes only. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Shellpoint Mortgage Servicing ("Shellpoint")
P.O. Box 10826
Greenville, SC 29603-0826
800-365-7107

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS** Exhibit F

P I000001 A-0079129919 025740102J0400

The following list provides general information on common non-state specific costs that could be associated with servicing your mortgage loan. It is not a complete list of all costs that could be assessed to such an account. This schedule is provided for informational purposes only.

| Type of Fee | Description | From | To[1] |
|---|---|---|---|
| Late Charge Fee | Assessed for payments received after the due date and expiration of any applicable grace period | Up to 5%[1] | |
| NSF or Returned Check Fee | Fee assessed when a payment is rejected by your bank upon second presentment | $0 | $50[1] |
| Prepayment Fee | A fee that may be required, based on your loan documents, if you prepay the loan | See Loan Documents[2] | |
| Property Valuation Fee | Fee charged if we are required to determine the condition and value of your home; may be in the form of a Broker Price Opinion, appraisal, or other Valuation of Property | $80 | $450 |
| Property Inspection Fee | Fee charged if we are required to determine the condition of your property | $0 | $50 |
| Appraisal Fee | Fee charge to conduct an appraisal of fair market value based on an inspection of the interior and/or exterior of a property. | $95 | $1,000 |
| Property Preservation Fee | If the property is vacant and/or abandoned services may be provided to treat and prevent damages to the property per service needed | $5 | $3,000 |
| Field Visit Fee | Fee charged if we are required to send a field agent to deliver a notice and determine the occupancy status of the property | $40 | $60 |
| Partial Release Fee | Fee charged for preparing the documents to modify the outstanding lien on your property | $0 | $250 |
| Lien Release Fee | Fee charged at payoff for preparing the documents to release the lien on your property | $0 | $100 |
| Recording Fee | Fee charged by the county clerk to record the release or satisfaction of lien at payoff | $0 | $100[3] |
| Subordination Fee | Charge for making a lien on a property subject or junior to a priority lien | $0 | $300 |
| Breach Letter Fees | Fee charged to send letters because of a default on your loan | $0 | $35 |
| Bankruptcy Fees and Costs | Fee charged once a bankruptcy is filed, attorney costs may be incurred as part of the bankruptcy process per action needed | $0 | $2,000 |
| Litigation Fees and Costs | Fee charged as a result of litigating a claim against borrower | $350 | $20,000 |
| Attorney Fees and Costs | Fee charges to compensate attorney for services rendered | $30 | $35,000 |

The frequency of the costs will depend on how often services are requested or required, your payment status, and both investor and legal requirements.

The fees below will be imposed for services you request. You will be asked to agree to pay these charges at the time you request the service.

| Type of Fee | Description | From | To[1] |
|---|---|---|---|
| Convenience Fee | Fee charged for making a payment by phone with an agent or over the internet | $0 | $10 |
| Loan Document Fee | Fee charged for documentation that is an over burdensome volume of document copy request for loan documents. | $0 | $5 per doc |
| Deed of Trust Copy Fee | Fee charged for a copy of the Deed of Trust or Mortgage | $0 | $8 |
| Amortization Schedule | Fee charged for a copy of the Amortization Schedule. (Please note that we are unable to provide an amortization schedule on daily simple interest loans and option ARM loans) | $0 | $10 |
| Recasting Fee | Fee charged for recasting (or re-amortize) the loan after an additional sum of money to substantially reduce the UPB of the loan and lower the monthly payment | $0 | $300 |
| 3rd Party Verification Fee | Fee charged to provide a verification of mortgage to a third party | $0 | $10 |
| Title Search Fee | Fee charged as a result of performing a title search | $125 | $150 |
| Expedited Payoff Fee | An expedited payoff service fee is charged for receiving a written payoff demand by fax or other expedited means, if allowable by state law. Standard payoff statements via USPS standard mail will not incur a fee. | $0 | $60 |
| Expedited Document Fee | Charged when a document is prepared and sent via fax or certified mail to the borrower or an authorized third party. | $0 | $10 |

[1] The maximum fee allowable varies according to state law and will not exceed state allowable limits.

[2] The prepayment fee, if applicable, is dictated by state law, is usually calculated based on a percentage of your loan amount, and can vary widely. Accordingly, a more accurate prepayment fee estimate can be found in your loan documents.

[3] Recording fees vary by state and county. Shellpoint will follow the fee schedule, adopted by the county and state you reside in, which applies to your loan.

Exhibit F

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT G</u>**

Filed 05/29/18          Case 15-26125          Doc 39

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



## Shellpoint
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon – Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1237 R-106
P78P3U00201790 - 523514314 I07158
**EDUARDO VELIS**
**PO BOX 7673**
**CITRUS HEIGHTS CA 95621-7673**

8-4-17



| Loan Number: | 919 |
|---|---|
| Current Creditor: | PYOD LLC |
| Principal Balance: | $11,920.14 |
| Property: | 8308 VILLA VIEW DR CITRUS HGTS, CA 95621 |

08/01/2017

Dear Borrower,

We have made several attempts to contact you by phone. However, we have been unsuccessful as it appears that you may have changed your home and/or work numbers.

It is extremely important that you contact our office to let us know what your intentions with the property are.

Your utmost cooperation is extremely important and is required in order to update your account. Please contact us today. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

Sincerely,

Shellpoint Mortgage Servicing

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS**

Exhibit G

P1000001 A-0079129919 027860102J040(



Please make sure below address shows in window

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 28777

## Is your contact information accurate?

Please provide your most up-to-date contact information so that we can ensure you receive notifications and any information we may send in the future.

You may visit our website at www.shellpointmtg.com to update your contact information or return this completed form to us in the envelope we have provided. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

**Contact information is as follows:**

Home Mailing Address
☐ Has not changed
☐ Has changed,  please direct future correspondence to:

_____
_____
_____

Best Phone Number
☐ Cell _____
*By providing the above cell phone number, you hereby consent to Shellpoint Servicing calling you at this number using our automatic dialing technology.*

☐ Home _____
☐ Work _____
*Please do not provide a work phone number if your employer prohibits you from receiving calls from Shellpoint Mortgage Servicing while at work.*

Best Time to Reach
☐ Morning
☐ Afternoon
☐ Evening

Authorized E-mail
☐ I do not want Shellpoint Servicing to contact me by email.
☐ Email
_____
*By providing the above email address, you hereby consent to communication with Shellpoint Servicing through email. You may revoke this consent at any time. If the email address you have provided is one issued by your employer, you understand and acknowledge that any email communication by way of this email address may be viewed by your employer. You also represent to Shellpoint Servicing that your employer does not prohibit communication with Shellpoint Servicing through this email address. Additionally, if the email address you have provided is available for use by any individuals who are not authorized to discuss your account information with Shellpoint Servicing, you understand and acknowledge that any email communication by way of this email address may be viewed by those individuals with access.*

Exhibit G

P I000003  A-0079129919 02786020230000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT H</u>**

# SAGARIA LAW

A Professional Corporation

*3017 Douglas Blvd.*
*Suite 100*
*Roseville, CA 95661*

*Phone: (408) 279-2288*
*Fax: (408) 279-2299*
*www.sagarialaw.com*

Friday, August 18, 2017

**VIA UNITED STATES MAIL**

Shellpoint Mortgage Servicing
PO Box 51850
Livonia, MI 48151-5850

| | |
|---|---|
| Re: | Eduardo Velis |
| BK No.: | 15-26125-A-7 (Eastern District of California, Sacramento) |
| Loan #: | 0079129919 |
| Creditor: | PYOD, LLC |

**NOTICE OF BANKRUPTCY CASE FILING AND DISCHARGE**

To Whom It May Concern,

Our office was legal counsel to Eduardo Velis during the pendency of his Chapter 7 bankruptcy case. We are in receipt of a collection letter dated August 1, 2017 which was sent in violation of the discharge order. Please update your records immediately to show the debt as discharged through a Chapter 7 bankruptcy. I have enclosed a copy of the discharge order for your convenience. Thank you.

Sincerely,

*Garrett Lenox*

Garrett R. Lenox
Sagaria Law, P.C.

Exhibit H

Filed 05/29/18  Case 15-26125   Doc 39

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

## Shellpoint
Mortgage Servicing

Phone Number: 866-825-2174
Fax: 866-467-1187
Email: Lossmitigation@shellpointmtg.com
Mon - Thurs: 8:00AM-6:00PM
Fri: 8:00AM-5:00PM

S-SFRECS20 L-1237 R-106
P78P3U00201790 - 523514314 I07158
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

8-4-17



| Loan Number: | )19 |
| Current Creditor: | PYOD LLC |
| Principal Balance: | $11,920.14 |
| Property: | 8308 VILLA VIEW DR |
| | CITRUS HGTS, CA 95621 |

08/01/2017

Dear Borrower,

We have made several attempts to contact you by phone. However, we have been unsuccessful as it appears that you may have changed your home and/or work numbers.

It is extremely important that you contact our office to let us know what your intentions with the property are.

Your utmost cooperation is extremely important and is required in order to update your account. Please contact us today. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

Sincerely,

Shellpoint Mortgage Servicing

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS!**

Exhibit H

P I000001 A-0079129919 027860102J040(



Please make sure below address shows in window

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 28777

## Is your contact information accurate?

Please provide your most up-to-date contact information so that we can ensure you receive notifications and any information we may send in the future.

You may visit our website at www.shellpointmtg.com to update your contact information or return this completed form to us in the envelope we have provided. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

**Contact information is as follows:**

Home Mailing Address
☐ Has not changed
☐ Has changed, please direct future correspondence to:

_____
_____
_____

Best Phone Number
☐ Cell _____
     *By providing the above cell phone number, you hereby consent to Shellpoint Servicing calling you at this number using our automatic dialing technology.*

☐ Home _____
☐ Work _____
     *Please do not provide a work phone number if your employer prohibits you from receiving calls from Shellpoint Mortgage Servicing while at work.*

Best Time to Reach
☐ Morning
☐ Afternoon
☐ Evening

Authorized E-mail
☐ I do not want Shellpoint Servicing to contact me by email.
☐ Email

_____
     *By providing the above email address, you hereby consent to communication with Shellpoint Servicing through email. You may revoke this consent at any time. If the email address you have provided is one issued by your employer, you understand and acknowledge that any email communication by way of this email address may be viewed by your employer. You also represent to Shellpoint Servicing that your employer does not prohibit communication with Shellpoint Servicing through this email address. Additionally, if the email address you have provided is available for use by any individuals who are not authorized to discuss your account information with Shellpoint Servicing, you understand and acknowledge that any email communication by way of this email address may be viewed by those individuals with access.*

## Exhibit H

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT I</u>**





# Shellpoint
### Mortgage Servicing

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-2150 R-106
P7JS6900206456 - 530682884 I138109
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

| Loan Number: | 919 |
|---|---|
| Current Creditor: | PYOD LLC |
| Principal Balance: | $12,071.01 |
| Property: | 8308 VILLA VIEW DR CITRUS HGTS, CA 95621 |

10/27/2017

Dear Borrower(s) and/or Representative(s):

Shellpoint Mortgage Servicing ("Shellpoint") is committed to offering assistance and exploring options that may assist our borrowers who filed for bankruptcy with a temporary or long-term solution. If you fill out the attached forms and return them to us, we will be able to explore all the options that are available. If you are an attorney representing the borrower, please fill out and provide the attached consent form to initiate the process.

As a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. This is not an intent to collect the debt, please find included with this letter information to share with your client, should they wish to explore opportunities.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the Loss Mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you may contact Georgetta Sublett directly at 866-825-2174 ext. 5792 Monday through Thursday between the hours of 8:00AM-6:00PM and Friday between the hours of 8:00AM-5:00PM, Eastern Standard Time.

## We Are Here to Help - Call Us at 866-825-2174
Let us work with you to understand the issues affecting your account. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for a loss mitigation option.

## Options May Be Available
The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief.

**Act now and call us 866-825-2174. The sooner you respond, the quicker we can determine whether you qualify. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

## Getting Started
After the attorney has consented to conversations with our office, call us at 866-825-2174 to get started. You can also complete and return the attached Uniform Borrower Assistance Form along with other required documents. If you are in an active bankruptcy, we will need your attorney's consent included with your documentation or prior to you calling us.

### Additional Resources
**For additional information about avoiding fraud scams and accessing approved counseling at no cost to you**

- Visit Shellpoint's website at www.shellpointmtg.com
- HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ or call 1-800-569-4287 to find a counseling agency in your area that can offer free foreclosure prevention services. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 877-304-9709 with TTY device.

Sincerely,
Shellpoint Mortgage Servicing

**Exhibit I**

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P7JS6900206456 I138109 S-SFRECS20 L-2150 A 0079129949



The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

**Please read the following important notices as they may affect your rights.**

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

<u>California</u>
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

# Exhibit I

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT J</u>**



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



## Shellpoint
### Mortgage Servicing

**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com
**Mon - Thurs:** 8:00AM-10:00PM
**Fri:** 8:00AM-10:00PM
**Sat:** 8:00AM-3:00PM



S-SFRECS20  L-SHERPR  R-101
P7K20L00201921 - 530734131 I03842
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

**Current Creditor:**  PYOD LLC

10/30/2017

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

Exhibit J

# PRIVACY NOTICE



This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Sherman Companies").  It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P. | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | |

**Information We May Collect.**  The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history;  (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings.  All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.**  At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account.  We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates**  From time to time, the Sherman Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties**  The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.

Exhibit J

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT K</u>**

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED





## Shellpoint
### Mortgage Servicing

**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com
**Mon - Thurs:** 8:00AM-10:00PM
**Fri:** 8:00AM-10:00PM
**Sat:** 8:00AM-3:00PM

S-SFRECS20 L-0048 R-101
P82AIV00206687 - 541499536 I26746
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

| Loan Number: | 919 |
|---|---|
| Current Creditor: | PYOD LLC |
| Principal Balance: | $12,275.50 |
| Property: | 8308 VILLA VIEW DR<br>CITRUS HGTS, CA 95621 |

03/13/2018

Dear EDUARDO VELIS:

After reviewing your account, we have determined that you are eligible for our debt forgiveness program. For only a limited time, Shellpoint Mortgage Servicing ("Shellpoint"), the servicer of your PYOD LLC loan, is willing to forgive a significant portion of the remaining balance on your account.

In order to provide you with this exciting opportunity, Shellpoint has agreed to extend the following option;

**If you pay 1 single payment of $3,667.12 by 05/01/2018, your creditor will consider the entire debt settled and you will be released from any further obligation. Such amount paid must be successfully cleared (not returned due to insufficient funds or otherwise returned) for the debt to be considered settled.**

If you are interested in this option, but cannot make by the stipulated deadline, please call us to help you find an alternative solution. The offer above is guaranteed through the above referenced date. After that time, we reserve the right to modify or revoke the offer. This offer is void if previous settlement arrangements have been made.

You MUST call us at 800-365-7107 by 05/01/2018, 5 PM EST, to either take advantage of this opportunity or to see how we can reserve this offer for you.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

**If this debt is past the state statute of limitations PYOD LLC will not pursue any legal action.**

Sincerely,

Shellpoint Mortgage Servicing
800-365-7107

---

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS**

Exhibit K

P I000001 A-0079129919 009790102J040



**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交 "错误决议" 或 "信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 800-365-7107 to speak with translator in your preferred language about the servicing of your loan or a document you received.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

Exhibit K

P82AIV00206687 I026748 S-SFRECS20 L-0048 A-00791299

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## California

Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

Exhibit K



Exhibit K

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT L</u>**

## MONTHLY BILLING STATEMENT

Statement Date:    04/22/2018



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

i. If you think your bill is wrong, or if you need more information about a transaction on your bill, write us a separate sheet at P.O. BOX 10826 Greenville, SC 29603-0826 as soon as possible. You may also contact us on the Web: www.shellpointmtg.com. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

ii. In your letter give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

iii. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**IMPORTANT INFORMATION**

**Important Notice:** Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in foreclosure or bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

**Partial Payments:** Any Partial payments that you make are not applied to your mortgage, but instead are held in a separate account to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-317-2347

Please visit our website at www.shellpointmtg.com to view our Privacy Notice.

---

Detach Here

---



**Shellpoint**
Mortgage Servicing

Loan Number:    919

Customer:    EDUARDO VELIS

PO BOX 7673
CITRUS HEIGHTS CA  95621

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH  45274-0039

### MORTGAGE PAYMENT COUPON

**PAYMENT DUE DATE:**      08/06/2014

Total Amount Due:      $10,333.95

Amount Due if Paid on or After:    05/22/2018    $10,333.95

Extra Principal Paid: _____

**Enter Total Amount Paid:** _____

Exhibit L

# MONTHLY BILLING STATEMENT

Statement Date:    04/22/2018



## Shellpoint
### Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826



| Loan Number: | 919 |
|---|---|
| Previous Balance: | $12,374.93 |
| Payments/Credits (-): | ($47.04) |
| Draws (+): | $0.00 |
| Finance Charges (+): | $51.00 |
| New Balance: | $12,425.93 |
| **PAYMENT DUE DATE:** | **08/06/2014** |
| Total Payment(s) Due: | $10,333.95 |
| Unpaid Late Charges: | $0.00 |
| Unpaid NSF Fees: | $0.00 |
| Other Unpaid Fees/Charges: | $0.00 |
| Credit(s): | $0.00 |
| TOTAL DUE: | $10,333.95 |
| Overlimit Amount | $2,374.93 |

EDUARDO VELIS

PO BOX 7673
CITRUS HEIGHTS CA 95621

## PLAN BALANCES AND FINANCE CHARGES

| Previous Balance | Average Daily Balance | Daily Rate | Draw Rate | Finance Charge | SameAsCashDate | Days In Period |
|---|---|---|---|---|---|---|
| $12,374.93 | $12,374.93 | 0.01370% | 5.00000% | $51.00 | | 30 |

### SAME AS CASH PROMOTIONS

## ACCOUNT ACTIVITY

| Date | Description | Principal Amount | Interest Amount | Escrow Amount | Other Fund | Reserve Amount | Late Charge | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | Principal Adjustment | ($47.04) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($47.04) |
| 04/22/2018 | Principal Adjustment | ($52.39) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($52.39) |

## SUMMARY OF PAYMENT(S) DUE

| Due Date | Description | Principal Amount | Interest Amount | Escrow Amount | Other Fund | Reserve Amount | Total Payment |
|---|---|---|---|---|---|---|---|
| 08/06/2014 | Loan Payment | $190.57 | $0.00 | $0.00 | $0.00 | $0.00 | $190.57 |
| 09/06/2014 | Loan Payment | $191.38 | $0.00 | $0.00 | $0.00 | $0.00 | $191.38 |
| 10/06/2014 | Loan Payment | $192.19 | $0.00 | $0.00 | $0.00 | $0.00 | $192.19 |
| 11/06/2014 | Loan Payment | $207.59 | $0.00 | $0.00 | $0.00 | $0.00 | $207.59 |
| 12/06/2014 | Loan Payment | $208.45 | $0.00 | $0.00 | $0.00 | $0.00 | $208.45 |
| 01/06/2015 | Loan Payment | $209.31 | $0.00 | $0.00 | $0.00 | $0.00 | $209.31 |
| 02/06/2015 | Loan Payment | $210.19 | $0.00 | $0.00 | $0.00 | $0.00 | $210.19 |
| 03/06/2015 | Loan Payment | $211.09 | $0.00 | $0.00 | $0.00 | $0.00 | $211.09 |
| 04/06/2015 | Loan Payment | $211.90 | $0.00 | $0.00 | $0.00 | $0.00 | $211.90 |
| 05/06/2015 | Loan Payment | $212.80 | $0.00 | $0.00 | $0.00 | $0.00 | $212.80 |
| 06/06/2015 | Loan Payment | $213.67 | $0.00 | $0.00 | $0.00 | $0.00 | $213.67 |
| 07/06/2015 | Loan Payment | $214.58 | $0.00 | $0.00 | $0.00 | $0.00 | $214.58 |
| 08/06/2015 | Loan Payment | $215.46 | $0.00 | $0.00 | $0.00 | $0.00 | $215.46 |
| 09/06/2015 | Loan Payment | $216.38 | $0.00 | $0.00 | $0.00 | $0.00 | $216.38 |
| 10/06/2015 | Loan Payment | $217.29 | $0.00 | $0.00 | $0.00 | $0.00 | $217.29 |
| 11/06/2015 | Loan Payment | $218.19 | $0.00 | $0.00 | $0.00 | $0.00 | $218.19 |
| 12/06/2015 | Loan Payment | $219.11 | $0.00 | $0.00 | $0.00 | $0.00 | $219.11 |
| 01/06/2016 | Loan Payment | $220.01 | $0.00 | $0.00 | $0.00 | $0.00 | $220.01 |
| 02/06/2016 | Loan Payment | $220.95 | $0.00 | $0.00 | $0.00 | $0.00 | $220.95 |
| 03/06/2016 | Loan Payment | $221.88 | $0.00 | $0.00 | $0.00 | $0.00 | $221.88 |
| 04/06/2016 | Loan Payment | $222.77 | $0.00 | $0.00 | $0.00 | $0.00 | $222.77 |
| 05/06/2016 | Loan Payment | $223.71 | $0.00 | $0.00 | $0.00 | $0.00 | $223.71 |
| 06/06/2016 | Loan Payment | $224.63 | $0.00 | $0.00 | $0.00 | $0.00 | $224.63 |
| 07/06/2016 | Loan Payment | $225.58 | $0.00 | $0.00 | $0.00 | $0.00 | $225.58 |
| 08/06/2016 | Loan Payment | $226.50 | $0.00 | $0.00 | $0.00 | $0.00 | $226.50 |
| 09/06/2016 | Loan Payment | $227.77 | $0.00 | $0.00 | $0.00 | $0.00 | $227.77 |

Exhibit L

# MONTHLY BILLING STATEMENT

Statement Date:    04/22/2018

**SAME AS CASH PROMOTIONS**

| Date | Description | | | | | | |
|------|-------------|---|---|---|---|---|---|
| 10/06/2016 | Loan Payment | $228.74 | $0.00 | $0.00 | $0.00 | $0.00 | $228.74 |
| 11/06/2016 | Loan Payment | $229.67 | $0.00 | $0.00 | $0.00 | $0.00 | $229.67 |
| 12/06/2016 | Loan Payment | $230.65 | $0.00 | $0.00 | $0.00 | $0.00 | $230.65 |
| 01/06/2017 | Loan Payment | $231.59 | $0.00 | $0.00 | $0.00 | $0.00 | $231.59 |
| 02/06/2017 | Loan Payment | $232.57 | $0.00 | $0.00 | $0.00 | $0.00 | $232.57 |
| 03/06/2017 | Loan Payment | $233.56 | $0.00 | $0.00 | $0.00 | $0.00 | $233.56 |
| 04/06/2017 | Loan Payment | $234.46 | $0.00 | $0.00 | $0.00 | $0.00 | $234.46 |
| 05/06/2017 | Loan Payment | $235.45 | $0.00 | $0.00 | $0.00 | $0.00 | $235.45 |
| 06/06/2017 | Loan Payment | $236.42 | $0.00 | $0.00 | $0.00 | $0.00 | $236.42 |
| 07/06/2017 | Loan Payment | $237.42 | $0.00 | $0.00 | $0.00 | $0.00 | $237.42 |
| 08/06/2017 | Loan Payment | $238.40 | $0.00 | $0.00 | $0.00 | $0.00 | $238.40 |
| 09/06/2017 | Loan Payment | $239.41 | $0.00 | $0.00 | $0.00 | $0.00 | $239.41 |
| 10/06/2017 | Loan Payment | $240.43 | $0.00 | $0.00 | $0.00 | $0.00 | $240.43 |
| 11/06/2017 | Loan Payment | $241.42 | $0.00 | $0.00 | $0.00 | $0.00 | $241.42 |
| 12/06/2017 | Loan Payment | $242.44 | $0.00 | $0.00 | $0.00 | $0.00 | $242.44 |
| 01/06/2018 | Loan Payment | $243.44 | $0.00 | $0.00 | $0.00 | $0.00 | $243.44 |
| 02/06/2018 | Loan Payment | $244.47 | $0.00 | $0.00 | $0.00 | $0.00 | $244.47 |
| 03/06/2018 | Loan Payment | $245.51 | $0.00 | $0.00 | $0.00 | $0.00 | $245.51 |
| 04/06/2018 | Loan Payment | $246.45 | $0.00 | $0.00 | $0.00 | $0.00 | $246.45 |
| 05/06/2018 | Loan Payment | $247.50 | $0.00 | $0.00 | $0.00 | $0.00 | $247.50 |

**CREDIT INFORMATION**

| Credit Limit: | $10,000.00 | Available Balance: | $0.00 | Principal Balance | $12,374.93 |
|---|---|---|---|---|---|

**YEAR TO DATE INFORMATION**

| Reserve Account Balance | $0.00 | Interest Paid Year to Date | $0.00 | Insurance Paid Year to Date | $0.00 |
|---|---|---|---|---|---|
| Escrow Balance | $0.00 | Taxes Paid Year to Date | $0.00 | Late Charges Paid Year to Date | $0.00 |

For Customer Service inquiries, please contact us at (800) 365-7107

Exhibit L

Shellpoint Mortgage Servicing
P.O. Box 619063
Dallas TX 75261-9063
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS

7-811-03668-0000002-001-1-000-000-000-000

 

EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

Exhibit L

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
VELTD

RETURN SERVICE REQUSTED



RECEIVED
5-1-2018

STATEMENT ENCLOSED



33 CANOSP1 95621

Exhibit L

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT M</u>**





# Shellpoint
### Mortgage Servicing

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-2150 R-106
P88GR400400059 - 544779572 I01197
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

| | |
|---|---|
| Loan Number: | 919 |
| Current Creditor: | PYOD LLC |
| Principal Balance: | $12,374.93 |
| Property: | 8308 VILLA VIEW DR CITRUS HGTS, CA 95621 |

04/25/2018

Dear Borrower(s) and/or Representative(s):

Shellpoint Mortgage Servicing ("Shellpoint") is committed to offering assistance and exploring options that may assist our borrowers who filed for bankruptcy with a temporary and long-term solution. If you fill out the attached forms and return them to us, we will be able to explore all the options that are available. If you are an attorney representing the borrower, please fill out and provide the attached consent form to initiate the process.

As a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. This is not an intent to collect the debt, please find included with this letter information to share with your client, should they wish to explore opportunities.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you may contact Georgetta Sublett directly at 866-825-2174 ext. 5792 Monday through Thursday 8:00AM-6:00PM and Friday 8:00AM-5:00PM, Eastern Standard Time. Alternatively, you may visit our Borrower Web Portal at www.shellpointmtg.com or email your SPOC directly at 0. Documents can be faxed to us at 866-467-1187.

---

### We Are Here to Help - Call Us at 866-825-2174
Let us work with you to understand the issues affecting your account. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for a loss mitigation option.

---

## Options May Be Available
The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief.

**Act now and call us 866-825-2174. The sooner you respond, the quicker we can determine whether you qualify. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

## Getting Started

**After the attorney has consented to conversations with our office, call us at 866-825-2174 to get started. You can also complete and return the attached Uniform Borrower Assistance Form along with other required documents . If you are in an active bankruptcy, we will need your attorney's consent included with your documentation or prior to you calling us.**

---

### Additional Resources
**For additional information about avoiding fraud scams and accessing approved counseling at no cost to you**

- Visit Shellpoint's website at www.shellpointmtg.com
- Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ or call 1-800-569-4287 to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 877-304-9709 with TTY device.

---

Sincerely,
Shellpoint Mortgage Servicing

# Exhibit M

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P88GR400400059 I01197 S-SFRECS20 L-2150 A-0079139919



The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**Please read the following important notices as they may affect your rights.**

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by

using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

California

Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

Exhibit M



# Visit your homeowner portal today!

**As a Shellpoint homeowner, you have access to a secure borrower portal with helpful features that are available to you at any time, day or night!**

## www.ShellpointMortgageServicing.com

**Instant Prequalification -** Conduct a self evaluation to determine eligibility for one of our loss mitigation workout options.

**Download Forms -** Download all the documents required to complete your application.

**Submit Documents -** Upload all the documents required to complete your application.

**Workout Status -** Review the status of your workout option or foreclosure alternative in real time.

**Payments -** Make your trial, repayment plan, and other payments online.

**Everything Else -** Access helpful information about available options and other important information.



## Shellpoint
Mortgage Servicing

**www.ShellpointMortgageServicing.com**

**LossMitigation@shellpointmtg.com**
phone 866-825-2174
fax 866-467-1187

### Registration Process

If you already have an account with us, simply go to www.shellpointmtg.com and log in using your name and password.

If you have not created an account, please follow these easy steps:

1. Visit our website at
   **www.ShellpointMortgageServicing.com**
2. Click "Register Here"
3. Follow the easy on-screen instructions

Exhibit M



## Homeowner Checklist
## For Your Information Only - Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

| Step 1 | ☐ **Review the information provided** to help you understand your options, responsibilities, and next steps: |
|---|---|
| | ☐ Loan modification options          ☐ Frequent Asked Questions |

| Step 2 | ☐ **Complete and sign the enclosed Borrower Assistance Form.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include: |
|---|---|
| | ☐ All income, expenses, and assets for each borrower |
| | ☐ An explanation of financial hardship that makes it difficult to pay the mortgage |
| | ☐ Your acknowledgment and agreement that all information that you provide is true and accurate |

| Step 3 | ☐ **Complete and sign a dated copy of the enclosed IRS Form 4506-T** |
|---|---|
| | ☐ For each borrower, please submit a signed, dated copy of IRS Form 4506-T (Request for Transcript of Tax Return) |
| | ☐ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked |

| Step 4 | ☐ **Provide required hardship documentation. This documentation will be used to verify your hardship.** |
|---|---|
| | ☐ Follow the instructions set forth on the Borrower Assistance Form (attached) |

| Step 5 | ☐ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income(Notice: Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).** |
|---|---|
| | ☐ Follow the instructions set forth on the Borrower Assistance Form (attached) |
| | ☐ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 2 of the Borrower Assistance Form for specific details on income documentation |
| | ☐ For all borrowers, please include two most recent bank statements for all open accounts |

| Step 6 | ☐ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below: |
|---|---|
| | • **Borrower Assistance Form (attached)** |
| | • **Form 4506-T (attached)** |
| | • **Current HOA statements within 60 days (if property is in a Homeowners Association)** |
| | • **Income documentation as outlined on Page 2 of the Borrower Assistance Form (attached)** |
| | • **Hardship documentation as outlined on Page 3 of the Borrower Assistance Form (attached)** |
| | • **Attorney consent letter authorizing us to contact to discuss with you your loss mitigation options (if you are in an active bankruptcy)** |
| | • **Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)Pay Stubs, if a wage earner (Provide at least two paystubs covering a minimum 30 day timeframe. Paystubs cannot be any older than 90 days)** |
| | **Please mail all documents above to us:**   Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

**IMPORTANT REMINDERS:**
☐ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 2 of the Borrower Assistance Form, cannot locate some or all of the required documents, or have any questions, please contact us at 866-825-2174.
☐ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 866-825-2174**

Exhibit M

## Learning More About Options

The variety of options summarized below may help you keep your home.  For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, you may choose not to stay in your home.  In this case, a short sale or deed-in-lieu may be a better choice- see the table below for more information.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |

| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu** | Transfer the ownership of your property to us. | Allows you to transition out of your home. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 866-825-2174 and we'll talk about available options.

Exhibit M



**1. Why did I receive this package?**

We were recently notified of your bankruptcy filing. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face.

**2. What if I don't want to stay in my home anymore?**

You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Borrower Assistance Form and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**

There should never be a fee from your servicer or qualified counselor to obtain assistance or information about loss mitigation options. However, this has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What happens once I have sent the Borrower Response Package to you?**

We will contact you within three business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. Within five business days of receipt of your request, we will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which loss mitigation option, if any, are available to you and will inform you of your next steps to accept our offer. **Please submit your Borrower Response Package as soon as possible.**

**5. Is housing counseling available?**

Yes, HUD-approved counselors are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**6. I have seen ads and flyers from companies offering to help me for a fee. Can these companies really help?**

Borrowers in hardships have become a target for scam artists. We suggest using the HUD Web site referenced in question 5 to locate a counselor near you.

**7. Will my credit report be pulled during a loss mitigation evaluation?**

Yes. Shellpoint will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint will do this in the form of a "soft pull" or "soft inquiry". This has no impact on your scores. Upon request, Shellpoint will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

Exhibit M

P88GR400400059 I001205 S-SFRECS20 L-2150 A-0079129919



## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.**

**REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) required income documentation; (3) required hardship documentation ; and (4) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income).**

Loan Number _____ (usually found on your monthly mortgage statement)
Servicer's Name _____

| I want to: | ☐ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|
| The property is currently: | ☐ My Primary Residence | ☐ A Second Home | ☐ An Investment Property | |
| The property is currently: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant | |

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER / DATE OF BIRTH | SOCIAL SECURITY NUMBER / DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | EMAIL ADDRESS |

Is the property listed for sale? ☐ Yes ☐ No
If yes, what was the listing date? _____
If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No
Date of Offer: _____ Amount of Offer: $_____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help?
☐ Yes ☐ No
If yes, please complete the counselor contact information below:
Counselor's Name: _____
Agency's Name: _____
Counselor's Phone Number: _____
Counselor's Email Address:_____

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No
Total monthly amount:: $ _____ Name and address that fees are paid to:

Have you filed for bankruptcy? ☐ Yes ☐ No  if yes: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13
if yes,what is the Filing Date: _____ Has your bankruptcy been discharged? ☐ Yes ☐ No    Bankruptcy case number: _____

| is any Borrower an active duty service member? | ☐ Yes | ☐ No |
|---|---|---|
| Has any Borrower been deployed away from his/her primary residence or received a permanent change of station order? | ☐ Yes | ☐ No |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes | ☐ No |

Exhibit M

## UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s) excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | $ | First Mortgage Payment | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony* | $ | Homeowner's Insurance | $ | Savings / Money Market | $ |
| Non-taxable social security / SSDI | $ | Property Taxes | $ | CDs | $ |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Car Lease Payments | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other | $ |
| Food Stamps/Welfare | $ | Mortgage Payments on other properties | $ | | $ |
| Other | $ | Other | $ | | $ |
| Total (Gross Income) | $ | Total Household Expenses and Debt Payments | $ | Total Assets | $ |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| Lien Holder's Name | Balance and Interest Rate | Loan Number | Lien Holder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Required Income Documentation

☐ **Do you earn a salary or hourly wage?**
For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☐ **Are you self-employed ?**
For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☐ **Do you have any additional sources of income?** Provide for each borrower as applicable:
**"Other Earned Income"** such as bonuses, commissions, housing allowance, tips, or overtime:
  ☐ Reliable third-party documentation describing the amount and nature of the income (e.g.,paystub, employment contract or printouts documenting tip income).
**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**
  ☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
  ☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.
**Rental income:**
  ☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported reduced by the monthly debt service on the property, if applicable; or
  ☐ If rental income is not reported on Schedule E -- Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.
**Investment income:**
  ☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
**Alimony, child support, or separation maintenance payments as qualifying income:***
  ☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
  ☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

Exhibit M



| UNIFORM BORROWER ASSISTANCE FORM | |
|---|---|

### HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.     Date Hardship Began is:

I believe that my situation is:

☐ Short-term (under 6 months)   ☐ Medium-term (6-12 months)   ☐ Long-term or Permanent Hardship (greater than 12months)

**I am having difficulty making my monthly payment because of reasons set forth below:**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours,a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property. |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical bills<br>None of the above shall require providing detailed medical information. |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employment transfer/Relocation | **For active-duty service members:** Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>**For employment transfers/new employment:**<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Pay stub from new employer; OR<br>☐ If none of these apply, provide written explanation<br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following;<br>    ☐ Bankruptcy filing for the business;OR<br>    ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>    ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

Exhibit M

P88GR400400059 I001209 S-SFRECS20 L-2150 A-0079129919



## Borrower/Co-Borrower Acknowledgement and Agreement

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.

2. The accuracy of my statements may be reviewed by the Servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all Servicer, or authorized third party*, communications.

3. Knowingly submitting false information may violate Federal and other applicable law.

4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the Servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

5. The Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:
    a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.
    b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the Servicer.
    c. The Servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.
    d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.

7. A condemnation notice has not been issued for the property.

8. The Servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.

9. The Servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my social security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the Servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:
    a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and
    b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, or any companies that perform support services to them.

10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile  telephone number, or email address I have provided to the Lender/Servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐text messaging.

| _____ | _____ | _____ | _____ |
| Borrower Signature | Date | Co-Borrower Signature | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Exhibit M





## Shellpoint
### Mortgage Servicing



## Homeowner Financial Worksheet

**EDUARDO VELIS**                                  **Loan Number: 0079129919**

|  | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage |  |  |  |
| 2nd   Home Mortgage |  |  |  |
| Auto Loan |  |  |  |
| Auto Loan |  |  |  |
| Creditor |  |  |  |
| Creditor |  |  |  |
| Creditor |  |  |  |
| Creditor |  |  |  |
| Creditor |  |  |  |
| Creditor |  |  |  |
| Creditor |  |  |  |
| Student Loan |  |  |  |
| Alimony / Support |  |  |  |
| Child Care |  |  |  |
| IRS |  |  |  |
| Chapter 13 |  |  |  |
| Electricity |  |  |  |
| Heating Fuel |  |  | Oil or Natural Gas |
| Water & Sewer |  |  |  |
| Telephone |  |  |  |
| Cable TV |  |  |  |
| Auto Insurance |  |  |  |
| Health Insurance |  |  | Paid directly (not by employer) |
| Life Insurance |  |  | Paid directly (not by employer) |
| Medical/Dental Expenses |  |  |  |
| Homeowner's Insurance |  |  | Only list here if not in Mortgage |
| Real Estate Tax |  |  | Only list here if not in Mortgage |
| Personal Property Tax |  |  |  |
| Groceries |  |  |  |
| School Lunches |  |  |  |
| Transportation, Parking, Tolls |  |  |  |
| Clothing |  |  |  |
| Dry Cleaning/Laundry |  |  |  |
| Cell Phone |  |  |  |
| Internet Service |  |  |  |
| Homeowner's Association Dues |  |  |  |
| Recreation / Spending Money |  |  |  |
| Charitable Donations |  |  |  |
| Other Expenses |  |  |  |
| TOTAL MONTHLY EXPENSES |  |  |  |

## Exhibit M

P88GR400400059 I001211 S-SFRECS20  L-2150 A-0079129919

 

**HELP FOR AMERICA'S HOMEOWNERS.**

MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

  (a) felony larceny, theft, fraud, or forgery,
  (b) money laundering or
  (c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

_____     _____     _____     _____
Borrower Signature          Social Security Number      Date of Birth              Date


_____     _____     _____     _____
Co-Borrower Signature       Social Security Number      Date of Birth              Date

Loan ID: 0079129919

# Exhibit M



**How to Complete IRS Form 4506-T**


Please refer to this checklist as you complete the IRS Form 4506T (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

      Shellpoint Mortgage Servicing
      C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
      866.418.4596     Participant # 300429     Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 9.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-T may also be found online at http://www.irs.gov by entering "4506T" into the search box.

Exhibit M

Exhibit M

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*.

OMB No. 1545-1872



**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Shellpoint Mortgage Servicing, C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707, Participant# 300429, Mailbox ID: CoreLogic

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6**  **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶

**a**  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  . . . . . . □

**b**  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days □

**c**  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days  . . . . □

**7**  **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . □

**8**  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . □

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9**  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

|  /  /  |  /  /  |  /  /  |  /  /  |

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

□ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.**

Phone number of taxpayer on line 1a or 2a

**Sign Here** ▶

| Signature (see instructions) | Date |
|---|---|

▶

| Title (if line 1a above is a corporation, partnership, estate, or trust) |
|---|

▶

| Spouse's signature | Date |
|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 37667N          Form **4506-T** (Rev. 9-2015)

Exhibit M

Form 4506-T (Rev. 9-2015)                                                    Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t.* Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888  559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250  859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

Exhibit M





| Property Taxes and Homeowners Insurance | |
| --- | --- |
| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | |
| ☐   Tax | Amount Past Due:<br><br>Tax agency name: |
| ☐   Insurance | Amount Past Due:<br><br>Company name: |

Exhibit M





P.O. Box 10826
Greenville, SC 29603-0826

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com

**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

RE: Loan # 0079129919
    Borrower(s)/Debtor(s): EDUARDO VELIS
    Property Address:   8308 VILLA VIEW DR
                        CITRUS HGTS,  CA 95621

### ATTORNEY CONSENT FORM

In my capacity as counsel for the above-referenced Debtor(s) in the below-referenced bankruptcy case, I hereby authorize Shellpoint Mortgage Servicing and its agents to communicate directly with Debtor(s), with such communications restricted to the subject matter of a workout or loss mitigation alternative with respect to the above-referenced account number. In authorizing the same, it is understood that Shellpoint Mortgage Servicing shall not communicate with the Debtor(s) on any other issue.


**CONSENTED TO:**

_____
Attorney Signature

_____
Attorney Name

_____
Date

_____
Bankruptcy Case Number

Exhibit M

Filed 05/29/18     Case 15-26125     Doc 39



PRESORTED
FIRST CLASS

ZIP 48066
02 4W
0000346351 APR 27 2018

$ 001.31⁴

GIG  CIXHABS 95621

Exhibit M

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT N</u>**



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Shellpoint**
Mortgage Servicing

**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com
**Mon - Thurs:** 8:00AM-10:00PM
**Fri:** 8:00AM-10:00PM
**Sat:** 8:00AM-3:00PM

S-SFRECS20  L-Fee-NC  R-101
P8BVL300207394 - 546700934 I32098
EDUARDO VELIS
PO BOX 7673
CITRUS HEIGHTS CA 95621-7673

| Loan Number: | 919 |
|---|---|
| Current Creditor: | PYOD LLC |
| Principal Balance: | $12,374.93 |
| Property: | 8308 VILLA VIEW DR CITRUS HGTS, CA 95621 |

05/16/2018

### Fee Schedule Notice

Dear Borrower,

Please see the enclosed Fee Schedule, which lists the fees and charges that may be assessed on your loan.

Should you have any questions or concerns please feel free to contact us at 800-365-7107.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is for informational purposes only. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Shellpoint Mortgage Servicing ("Shellpoint")
P.O. Box 10826
Greenville, SC 29603-0826
800-365-7107

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS**

Exhibit N



**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para miembros con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责，或可能遭受《美国破产法典》第 362 章节的自动冻结之 … 的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役 … 期及其服役期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服 … 人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信 … 的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交 "错误决议" 或 "信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 800-365-7107 to speak with … translator in your preferred language about the servicing of your loan or a document you received.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit rec… may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

Exhibit N

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

<u>California</u>
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

Exhibit N

The following list provides general information on common non-state specific costs that could be associated with servicing your mortgage loan. It is not a complete list of all costs that could be assessed to such an account. This schedule is provided for informational purposes only.

| Type of Fee | Description | From | To[1] |
|---|---|---|---|
| Late Charge Fee | Assessed for payments received after the due date and expiration of any applicable grace period | Up to 5%[1] | |
| NSF or Returned Check Fee | Fee assessed when a payment is rejected by your bank upon second presentment | $0 | $50[1] |
| Prepayment Fee | A fee that may be required, based on your loan documents, if you prepay the loan | See Loan Documents[2] | |
| Property Valuation Fee | Fee charged if we are required to determine the condition and value of your home; may be in the form of a Broker Price Opinion, appraisal, or other Valuation of Property | $80 | $450 |
| Property Inspection Fee | Fee charged if we are required to determine the condition of your property | $0 | $50 |
| Appraisal Fee | Fee charge to conduct an appraisal of fair market value based on an inspection of the interior and/or exterior of a property. | $95 | $1,000 |
| Property Preservation Fee | If the property is vacant and/or abandoned services may be provided to treat and prevent damages to the property per service needed | $5 | $3,000 |
| Field Visit Fee | Fee charged if we are required to send a field agent to deliver a notice and determine the occupancy status of the property | $40 | $60 |
| Partial Release Fee | Fee charged for preparing the documents to modify the outstanding lien on your property | $0 | $250 |
| Lien Release Fee | Fee charged at payoff for preparing the documents to release the lien on your property | $0 | $100 |
| Recording Fee | Fee charged by the county clerk to record the release or satisfaction of lien at payoff | $0 | $100[3] |
| Subordination Fee | Charge for making a lien on a property subject or junior to a priority lien | $0 | $300 |
| Breach Letter Fees | Fee charged to send letters because of a default on your loan | $0 | $35 |
| Bankruptcy Fees and Costs | Fee charged once a bankruptcy is filed, attorney costs may be incurred as part of the bankruptcy process per action needed | $0 | $2,000 |
| Litigation Fees and Costs | Fee charged as a result of litigating a claim against borrower | $350 | $20,000 |
| Attorney Fees and Costs | Fee charges to compensate attorney for services rendered | $30 | $35,000 |

The frequency of the costs will depend on how often services are requested or required, your payment status, and both investor and legal requirements.

The fees below will be imposed for services you request. You will be asked to agree to pay these charges at the time you request the service.

| Type of Fee | Description | From | To[1] |
|---|---|---|---|
| Convenience Fee | Fee charged for making a payment by phone with an agent or over the internet | $0 | $10 |
| Loan Document Fee | Fee charged for documentation that is an over burdensome volume of document copy request for loan documents. | $0 | $5 per doc |
| Deed of Trust Copy Fee | Fee charged for a copy of the Deed of Trust or Mortgage | $0 | $8 |
| Amortization Schedule | Fee charged for a copy of the Amortization Schedule.  (Please note that we are unable to provide an amortization schedule on daily simple interest loans and option ARM loans) | $0 | $10 |
| Recasting Fee | Fee charged for recasting (or re-amortize) the loan after an additional sum of money to substantially reduce the UPB of the loan and lower the monthly payment | $0 | $300 |
| 3rd Party Verification Fee | Fee charged to provide a verification of mortgage to a third party | $0 | $10 |
| Title Search Fee | Fee charged as a result of performing a title search | $125 | $150 |
| Expedited Payoff Fee | An expedited payoff service fee is charged for receiving a written payoff demand by fax or other expedited means, if allowable by state law. Standard payoff statements via USPS standard mail will not incur a fee. | $0 | $60 |
| Expedited Document Fee | Charged when a document is prepared and sent via fax or certified mail to the borrower or an authorized third party. | $0 | $10 |

[1] The maximum fee allowable varies according to state law and will not exceed state allowable limits.

[2] The prepayment fee, if applicable, is dictated by state law, is usually calculated based on a percentage of your loan amount, and can vary widely. Accordingly, a more accurate prepayment fee estimate can be found in your loan documents.

[3] Recording fees vary by state and county. Shellpoint will follow the fee schedule, adopted by the county and state you reside in, which applies to your loan.

Exhibit N





Exhibit N

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT O</u>**

# Sagaria Law, P.C.
**3017 Douglas Blvd**
**Suite 200**
**Roseville, CA 95661**

**Ed Velis**
**8204 Tanoak Way**
**Citrus Heights, CA  95621**

| Date | Initials | Description of Services/Expense | Qty/Amount | Rate/Price | Amount |
|------|----------|--------------------------------|------------|------------|--------|
| 8/18/2017 | KWS | Prepared and sent letter to Shellpoint to Cease contacting client and cease continued collection | 0.50 | $400.00 | $200.00 |
| 3/20/2018 | RAS | Discussion with client regarding continued collection letters from Shellpoint | 0.50 | $150.00 | $75.00 |
| 5/01/2018 | KWS | Prepared and sent email to GRL regarding continued collection by Shellpoint | 0.20 | $400.00 | $80.00 |
| 5/02/2018 | TLU | Discussion with client regarding additional notices from Shellpoint | 0.10 | $100.00 | $10.00 |
| 5/21/2018 | KWS | Prepared Motion for Order to Show cause for violation of the discharge Injunction | 1.00 | $400.00 | $400.00 |
| 5/21/2018 | KWS | Prepared Memorandum of Points and Authorities: Legal points and authorities | 1.00 | $400.00 | $400.00 |
| 5/21/2018 | KWS | Prepared memorandum of points and authorities: Argument regarding contempt of Discharge Injunction | 1.00 | $400.00 | $400.00 |
| 5/21/2018 | KWS | Prepared and sent email to client regarding facts of the case | 0.50 | $400.00 | $200.00 |
| 5/21/2018 | KWS | Prepared Memorandum of Points and authorities: Judicial Notice, Introduction, and about the Creditor | 1.00 | $400.00 | $400.00 |
| 5/21/2018 | KWS | Prepared Declaration of Attorney to support damages | 1.00 | $400.00 | $400.00 |
| 5/21/2018 | KWS | Prepared rough draft of client's declaration | 1.00 | $400.00 | $400.00 |
| 5/21/2018 | KWS | Prepared Memorandum of Points and authorities regarding Factual History | 2.00 | $400.00 | $800.00 |
| 5/21/2018 | KWS | Legal research related to Violations of the Discharge Injunction | 2.00 | $400.00 | $800.00 |
| 5/21/2018 | KWS | Prepared memorandum of points and authorities: Argument regarding Damages | 1.00 | $400.00 | $400.00 |
| 5/22/2018 | KWS | Conference with client to discuss factual issues in the case | 0.50 | $400.00 | $200.00 |
| 5/29/2018 | KWS | Prepared and sent email to GRL regarding declaration | 0.20 | $0.00 | $0.00 |
| 5/29/2018 | KWS | Received email from GRL regarding Declaration | 0.00 | $0.00 | $0.00 |
| 5/29/2018 | KWS | Prepared and sent email to client | 0.00 | $0.00 | $0.00 |
| 5/29/2018 | KWS | Re: RE: Declaration 15-26125 Velis v. Shellpoint | 0.00 | $0.00 | $0.00 |

Exhibit O

| 5/29/2018 | KWS | Prepared and sent email to GRL regarding motion to reopen | 0.20 | $400.00 | $80.00 |
| 5/29/2018 | KWS | Prepared and sent email to client regarding declaration | 0.20 | $400.00 | $80.00 |
| 5/29/2018 | KWS | Prepared and finalized Client's Declaration | 1.00 | $400.00 | $400.00 |
| 5/29/2018 | KWS | Preparation and review of Exhibits | 1.00 | $400.00 | $400.00 |
| 5/29/2018 | KWS | Prepared Exhibit List | 1.00 | $400.00 | $400.00 |
| 5/29/2018 | KWS | Prepared Notice of Motion for Order to Show Cause regarding Violation of the Discharge Injunction | 0.40 | $400.00 | $160.00 |
| 5/29/2018 | KWS | Received and reviewed email from GRL regarding client's declaration and credit report | 0.10 | $400.00 | $40.00 |
| 5/29/2018 | KWS | Received and reviewed email from GRL regarding appointment | 0.00 | $0.00 | $0.00 |
| 5/29/2018 | KWS | Prepared and sent email to GRL regarding updating declaration | 0.00 | $0.00 | $0.00 |

|  |  | **Total:** | 17.40 |  | $6,725.00 |

Exhibit O