3
ELLIOT W. GALE (BAR # 263326)
KYLE W. SCHUMACHER (BAR # 282427)
KSchumacher@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| In Re: | Case No: 15-26125-A-7 |
|---|---|
| | DC No.: KWS-003 |
| **Eduardo Velis Jr.,** | Chapter 7 |
| Debtor. | **DECLARATION OF KYLE SCHUMACHER IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER TO SHOW CAUSE FOR VIOLATION OF THE DISCHARGE ORDER PURSUANT TO 11 U.S.C. §524(a) AND §105** |
| | Date:　　December 3, 2018<br>Time:　　10:00 a.m.<br>Judge:　　Michael S. McManus<br>Crtrm:　　28<br>Dept.:　　A<br>Location:　501 I Street<br>　　　　　Sacramento, CA. 95814 |

I, Kyle Schumacher, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the federal courts for the State of California. I am an associate attorney at Sagaria Law, P.C. the firm of record for debtor Eduardo Velis, Jr. ("Debtor" or "Mr. Velis"). As such, I have personal knowledge of the statements contained herein.

//

DECLARATION OF KYLE SCHUMACHER IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER TO SHOW CAUSE FOR VIOLATION OF THE DISCHARGE ORDER -1-

2. I file this Declaration in support of the motion against New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") for continuing to collect against Debtor for a debt which occurred prior to the Debtor's bankruptcy filing.

3. New Penn Financial, LLC dba Shellpoint Mortgage Servicing. is, and at all times mentioned herein was, authorized to engage in business in California as a foreign business entity and is in good standing on the records of the Secretary of State. Its agent for service of process is Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA. 95833. *A true and correct copy of the California Secretary of State Business Search – Entity Detail is filed concurrently herewith as Exhibit A.*

4. Shellpoint Partners LLC is, and at all times mentioned herein was, authorized to engage in business in Delaware as a domestic business entity on the records of the Secretary of State for the State of Delaware. Its agent for service of process is Corporation Service Company, 251 Little Falls Drive, Wilmington, DE. 19808. *A true and correct copy of the Delaware Secretary of State Division of Corporations is filed concurrently herewith as Exhibit B.*

5. Shellpoint Partners LLC acquired New Penn Financial, LLC on or about June 1, 2011. *A true and correct copy of New Penn Financial, LLC's website announcing the acquisition is attached hereto as Exhibit C.*

6. Shellpoint Mortgage Servicing appears not to be registered in any manner in the state of California. *A true and correct copy of the California Secretary of State Business Search – Entity Detail is filed concurrently herewith as Exhibit D.*

7. Shellpoint Mortgage Servicing appears to be a "doing business as" for New Penn Financial, LLC. *A true and correct copy of the Oregon Secretary of State Business Name Search is filed concurrently herewith as Exhibit E.*

8. On or about January 11, 2017, a Trustee's Deed Upon Sale, was recorded with the Sacramento County Recorder's office, conveying Mr. Velis interest in the property to Silver Bullet, LP. *A true and correct copy of the Trustee's Deed Upon Sale recorded in Sacramento County is filed concurrently herewith as Exhibit F.*

9. Starting on or about January 27, 2016 and proceeding through into 2018, Shellpoint mailed at least 12 letters to Mr. Velis seeking payment or some other work out option to "resolve" the amount owed on the debt. *A true and correct copy of the letters are filed concurrently herewith as Exhibit G.*

10. On or about August 18, 2017, I directed Garrett Lenox to send a letter to Shellpoint informing it of the bankruptcy case that was filed and discharge order. The letter requested Shellpoint to update its file to reflect the discharge in bankruptcy. *A true and correct copy of the letter is filed concurrently herewith as Exhibit H.*

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of October 2018, in San Antonio, Texas.

*/s/ Kyle Schumacher*
Kyle Schumacher
Attorney for Debtor

DECLARATION OF KYLE SCHUMACHER IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER TO SHOW CAUSE FOR VIOLATION OF THE DISCHARGE ORDER -3-